UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY RANKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:12CV23 SNLJ |
| | ) |
| STATE IF ILLINOIS, et al., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. The motion will be denied.

Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury. Plaintiff only alleges

---

[1] See Rankins v. Crawford County Jail, 4:09CV838 ERW (E.D. Mo.); Rankins v. Chicago Police Dept., 1:99CV4003 (N.D. Ill.); Rankins v. Minnesota, 0:99CV1154 MJD (D. Minn.); Rankins v. Devanon, 2:99CV8075 (W.D. Cal.).

that he was subjected to injuries in the past. As a result, the motion will be denied and the Court will order plaintiff to pay the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the $350 filing fee within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated this 9th day of April, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE