# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY RANKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:12CV23 SNLJ |
| | ) |
| STATE IF ILLINOIS, et al., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1] As a result, the Court denied plaintiff's motion to proceed in forma pauperis, and the Court ordered plaintiff to pay the full amount of the filing fee. Despite allowing plaintiff additional time to do so, plaintiff has failed to timely pay the filing fee. The Court will, therefore, dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

---

[1] See Rankins v. Crawford County Jail, 4:09CV838 ERW (E.D. Mo.); Rankins v. Chicago Police Dept., 1:99CV4003 (N.D. Ill.); Rankins v. Minnesota, 0:99CV1154 MJD (D. Minn.); Rankins v. Devanon, 2:99CV8075 (W.D. Cal.).

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

An Order of Dismissal will accompany this Order.

Dated this  11th  day of June, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE